## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GILBERTO BENZ PUENTE,** : | |
| Plaintiff, : | |
| : | |
| v. : | No. 25-cv-0417 |
| : | |
| **NAVY FEDERAL CREDIT UNION,** : | |
| Defendant. : | |

## O R D E R

**AND NOW**, this 22nd day of May, 2025, in light of *pro se* Plaintiff Gilberto Benz Puente's failure to file a second amended complaint in accordance with this Court's Order entered on April 2, 2025 (ECF No. 8), which informed Benz Puente that failure to file a second amended complaint would be understood as an intention to stand on his Amended Complaint and would result in final dismissal of this case, it is **ORDERED** that:

1. Benz Puente's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3. If Benz Puente did not intend to stand on his Amended Complaint, he must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e), and attach his proposed second amended complaint to that motion.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**